**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, AZ  85004-2553
(602) 257-7951
Megan E. Ritenour (SBN 034677)
mritenour@gustlaw.com
*Attorneys for Defendant Emerson Radio Corporation*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nationwide Insurance Company of America,<br><br>Plaintiff,<br><br>v.<br><br>Emerson Radio Corporation, a foreign company; Huayi Compressor (Jungzhou) Company, a foreign company; Hisense Ronshen (Yangzhou) Refrigerator, a foreign company; John Does I-X; Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X,<br><br>Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant Emerson Radio Corporation ("Emerson"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, and LRCiv. 3.6, hereby gives notice of the removal of the above-captioned action from the Superior Court of the State of Arizona in and for the Court of Maricopa to this Court, and states the grounds for removal as follows:

1. On May 7, 2021, this action was commenced against Defendants Emerson Radio Corporation, Huayi Compressor (Jungzhou) Company ("Huayi"), and Hisense Ronshen (Yangzhou) Refrigerator ("Hisense") in the Superior Court of the State of Arizona in and for the Court of Maricopa and is now pending therein as Case No. CV2021-007495.

2. On May 7, 2021, Plaintiff had issued a Summons to be served on Defendant Emerson, and Defendant Emerson was served with the Summons, Complaint

1  and Certificate of Compulsory Arbitration sometime thereafter.  A copy of the pleadings are attached hereto.

3.    Defendant Emerson has not pled, answered, or otherwise appeared in the State Court action.

4.    This Notice is filed within 30 days after such service.  Removal is therefore timely pursuant to U.S.C. § 1446(b)(3).

5.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a).

6.    The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  Plaintiff seeks to recover $265,206.10 in property damage arising out of product liability.  Plaintiff therefore designated this case a Tier 3 case under Arizona Rule of Civil Procedure 26.2(b)(3).

7.    Plaintiff Nationwide is incorporated in Ohio with its principal place of business in Columbus, Ohio and is thus a citizen of Ohio.

8.    Defendant Emerson is incorporated in Delaware with its principal place of business in Parsippany, New Jersey and is thus a citizen of Delaware and New Jersey.

9.    Upon information and belief, Defendants Huayi and Hisense are foreign Chinese companies.  Upon further information and belief, Defendants Huayi and Hisense have not been served.

10.   A copy of this notice is being filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.

WHEREFORE, Defendant Emerson Radio Corp. respectfully requests that this action be removed from the Superior Court of Arizona in and for the County of Maricopa to the United States District Court for the District of Arizona, and that further proceedings in the Superior Court of Arizona in and for the County of Maricopa regarding the action be stayed pursuant to 28 U.S.C. § 1446.

MR2:amt  4144504.1  6/7/2021

1 | Respectfully submitted on June 7, 2021.

**GUST ROSENFELD, P.L.C.**

By: /s/ *Megan E. Ritenour*
Megan E. Ritenour
*Attorneys for Emerson
Radio Corporation*