Exhibit 1

**Verification of Megan E. Ritenour**

I, Megan E. Ritenour, am counsel for defendant Emerson Radio Corporation.

The Summons, Complaint, and Certificate of Compulsory Arbitration attached to defendant's Notice of Removal are true and complete copies of the pleadings served on defendant in Maricopa County Superior Court case No. CV2021-007495.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2021.

/s/ *Megan E. Ritenour* #034677
Megan E. Ritenour
Attorneys for Defendant Emerson Radio
Corporation

4140571.1

Exhibit 2

Person/Attorney Filing: Benjamin R Eid
Mailing Address: 8800 N. Gainey Center Drive Suite 277
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (480)365-4610
E-Mail Address: ben.eid@nationwide.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028148, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

Nationwide Insurance Company of
America
Plaintiff(s),

v.

EMERSON RADIO CORPORATION, et al.
Defendant(s).

Case No. **CV2021-007495**

**SUMMONS**

To: EMERSON RADIO CORPORATION

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 07, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5687575

Exhibit 3

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/7/2021 7:28:23 AM
Filing ID 12865834

Person/Attorney Filing: Benjamin R Eid
Mailing Address: 8800 N. Gainey Center Drive Suite 277
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (480)365-4610
E-Mail Address: ben.eid@nationwide.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028148, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Nationwide Insurance Company of
America
Plaintiff(s),
v.
EMERSON RADIO CORPORATION, et al.
Defendant(s).

Case No.  **CV2021-007495**

**SUMMONS**

To: HUAYI COMPRESSOR (JINGZHOU) CO., LTD

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 07, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5687575

Exhibit 4

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/7/2021 7:28:23 AM
Filing ID 12865832

Person/Attorney Filing: Benjamin R Eid
Mailing Address: 8800 N. Gainey Center Drive Suite 277
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (480)365-4610
E-Mail Address: ben.eid@nationwide.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028148, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Nationwide Insurance Company of America<br>Plaintiff(s),<br>v.<br>EMERSON RADIO CORPORATION, et al.<br>Defendant(s). | Case No.  **CV2021-007495**<br><br>**SUMMONS** |

To: HISENSE RONSHEN (GUANGDONG) REFRIGERATOR.,

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 07, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5687575

Exhibit 5

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/7/2021 7:28:23 AM
Filing ID 12865833

Person/Attorney Filing: Benjamin R Eid
Mailing Address: 8800 N. Gainey Center Drive Suite 277
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (480)365-4610
E-Mail Address: ben.eid@nationwide.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028148, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Nationwide Insurance Company of
America
Plaintiff(s),                                              Case No. **CV2021-007495**
v.
EMERSON RADIO CORPORATION, et al.                **SUMMONS**
Defendant(s).

To: HISENSE RONSHEN (YANGZHOU) REFRIGERATOR.,

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 07, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Exhibit 6

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/7/2021 7:28:23 AM
Filing ID 12865828

Ben Eid, Esq. – 028148
NATIONWIDE MUTUAL INSURANCE COMPANY TRIAL DIVISION
8800 N. Gainey Center Dr., Suite 277
Scottsdale, AZ  85258
(480) 365-4600 (Phone)
(866) 519-3243 (Fax)
ben.eid@nationwide.com

Attorney for Plaintiff Nationwide Insurance Company of America

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA<br><br>         Plaintiff,<br><br>v.<br><br>EMERSON RADIO CORPORATION; a foreign company; HUAYI COMPRESSOR (JUNGZHOU), COMPANY; a Foreign a Company; HISENSE RONSHEN (YANGZHOU) REFRIGERATOR, a Foreign Company; JOHN DOES I-X; JANE DOES I-X, ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>         Defendants. | Case No.  **CV2021-007495**<br><br><br>**COMPLAINT**<br><br>(Tort Non-Motor Vehicle- Negligence, Strict Product Liability, Breach of Express and Implied Warranties)<br><br><br>(Designated Tier 3) |

Plaintiff, Nationwide Insurance Company of America, ("Nationwide") through counsel undersigned, as and for its Complaint, alleges as follows:

1.     Nationwide Insurance Company of America, at all times relevant herein, is a corporation authorized to do business in the State of Arizona.

2.     Nationwide brings this action pursuant to its right of subrogation.

- 1 -

3.      Emerson Radio Corp is a foreign corporation, which upon information and belief, manufactured, designed, assembled, inspected, tested, distributed, repaired, serviced, installed, sold, and/or placed into the stream of commerce a refrigerator and/or its component parts which Nationwide's Subrogee purchased.

4.      Huayi Compressor (Jingzhou) is a foreign corporation, which upon information and belief, manufactured, designed, assembled, inspected, tested, distributed, repaired, serviced, installed, sold, and/or placed into the stream of commerce a refrigerator and/or its component parts which Nationwide's Subrogee purchased.

5.      Hisense Ronshen (Guenydong) is a foreign corporation, which upon information and belief, manufactured, designed, assembled, inspected, tested, distributed, repaired, serviced, installed, sold, and/or placed into the stream of commerce a refrigerator and/or its component parts which Nationwide's Subrogee purchased.

6.      John Does I-X, Jane Does I-X, ABC Corporations I-X, and XYZ Partnerships I-X are fictitiously named entities that may have caused or contributed to the events set forth herein and those identities are presently unknown.  Plaintiff reserves the right to amend its Complaint to include the name of any such defendant upon ascertaining its true identity.

7.      At all times mentioned herein, each of the defendants were the agent, servant, representative or employee of each of the remaining defendants, and were at all times acting with the purpose and scope of said agency, service or employment with the consent, permission or approval of each of their co-defendants in committing the acts and omissions herein alleged.

8.      The acts complained of herein occurred in Maricopa County, State of Arizona.

9.      Jurisdiction and venue are proper in this Court.

10.     Pursuant to Rule 26.2 (c)(3), Arizona Rules of Civil Procedure, this case should be assigned to Tier 3.

11.     At all times relevant herein, Nationwide Insurance Company of America insured Joshua Stockman (the "insured") under a policy of homeowners insurance, policy number 720HR007796, for his home located at 5202 West Alameda Road, Glendale Arizona, 85310 (the "insured premises").   The insured had a $1,000.00 deductible under the terms of his insurance policy.

12.     This cause of action arises out of a fire and resulting property damage at the insured premises which occurred on or about June 1, 2019.  A subsequent causation investigation determined that the fire was the result of a high-resistance connection on compressor (Model No. B25H5YD151111) for an Emerson compact refrigerator (Model No. CR519B) located in the Stockman home.

13.     Pursuant to the terms of the aforementioned insurance policy and as a result of the subject loss experienced by its insureds.  Nationwide paid to the insured for the rebuild/restoration of the dwelling which amounted to $140,058.81, personal property loss of $78,749.04, insured living expenses which amounted to $39,053.87, additional expenses involved in rebuilding the premises amounted to $6,344.38 and insureds deductible of $1,000.00, for total claim of $265,206.10.

- 3 -

14.     Pursuant to Arizona law and the subrogation provisions of its policy with its insured, Nationwide is subrogated to and assigned the rights and benefits of its insured to bring the claim alleged in this lawsuit against the defendants and each of them.

## CAUSES OF ACTION

### COUNT I
### (Negligence)

15.     Upon information belief, at some time prior to June 1, 2019, the above named Defendants, and each of them,  inclusive, manufactured, designed, assembled, inspected, tested, distributed, repaired, serviced, sold, and/or placed into the stream of commerce the subject Emerson refrigerator.

16.     At all times herein mentioned, the above named Defendants, and each of them inclusive, were responsible, in whole or in part, for the manufacture, design, assembly, inspection, testing, distribution, repair, service, installation, sale and/or placement into the stream of commerce of the subject Emerson refrigerator and/or its component parts.

17.     At all times herein mentioned, the above named Defendants, and each of them inclusively, owed a duty to use due and reasonable care and caution in the manufacture, design, assembly, inspection, testing, distribution, repair, service, installation, sale, and/or placement into the stream of commerce of the subject Emerson refrigerator and/or its component parts.

18.     The above named Defendants, and each of them inclusively, breached the aforementioned duty to use due and reasonable care and caution, and negligently and carelessly manufactured, designed, assembled, inspected, tested, distributed, repaired, serviced, installed, sold, and/or placed into the stream of commerce the subject Emerson refrigerator in a defective condition, resulting in the loss and damages that are the subject of this action.

19.     The careless and negligent acts and/or omissions by the Defendants, and each of them inclusive, caused the loss and damages that are the subject of this action.

20.     As a direct and proximate result of the above-described acts and/or omissions by above-named Defendants and each of them inclusively, Nationwide to compensate the Insured and paid out $265,206.10 in damages

21.     Pursuant to the terms of the insurance policy and through principles of equitable subrogation, Nationwide is now subrogated to any and all claims its insured may have against the defendants for damages suffered in this incident.

## COUNT II
### (Strict Product Liability)

22.     Nationwide hereby repeats and realleges its allegations in paragraphs 1 through 21 as if fully set forth herein.

23.     The above named Defendants, and each of them inclusive, in whole or in part, at all times herein mentioned, were in the business of manufacturing, designing, assembling, inspecting, testing, distributing, repairing, servicing, selling, installing,

and/or placing into the stream of commerce the subject Emerson refrigerator and/or its component parts.

24.     The above named Defendants, and each of them inclusive, in whole or in part, at all times herein mentioned, manufactured, designed, assembled, inspected, tested, distributed, repaired, serviced, sold, installed, and/or placed the Emerson refrigerator and or its component parts into the stream of commerce.

25.     The above-named Defendants, and each of them inclusively, in whole or in part, at all times herein mentioned, knew or reasonably should have known, that the subject Emerson refrigerator would be used by Plaintiff's insured and/or other consumers without inspection for defect such as the defect which caused the subject loss.

26.     At the time the Emerson subject refrigerator left the control of the Defendants, and each of them inclusive, a defect existed in the subject refrigerator that rendered it unreasonably dangerous and constituted the dangerous defective condition that caused the subject loss.

27.     The unreasonably dangerous defective condition of the subject Emerson refrigerator was neither apparent nor discoverable by Nationwide's insured and/or other consumers through a reasonable inspection.

28.     As a direct and proximate result of the unreasonably dangerous defective condition of the subject Emerson refrigerator, Nationwide paid out $265,206.10 for damages that occurred from the fire.

29.     Pursuant to the terms of the insurance policy and through principles of equitable subrogation, Nationwide is now subrogated to any and all claims its insured may have against the Defendants for property damages suffered in this incident.

## COUNT III
### (Breach of Express and Implied Warranties)

30.     Nationwide hereby repeats and realleges its allegations in paragraphs 1 through 29 as if fully set forth herein.

31.     The above-named Defendants, and each of them inclusively, in whole or in part, entered into an oral and/or written agreement with the insured and were to comply with each and every term and condition.

32.     Pursuant to the written agreement, the above named Defendants, and each of them inclusive, in whole or in part, impliedly or expressly warranted that it would, among other things, perform all warranty work and/or repairs in a workmanlike manner in full accordance with the provision and conditions of the written agreement and with any and all applicable federal, state, city or county laws, ordinances, codes or regulations, plans and specifications and that the subject Emerson refrigerator would be fit for its intended use and purpose, namely, that all labor performed and services provided would be in a good and workmanlike and substantial manner.

33.     Nationwide's insured relied upon said warranties and believed that the subject refrigerator would be fit for its intended use and purpose and that all work would be performed in a first class and workmanlike manner and that the labor to be performed

and services provided would be properly performed and fit for its intended use and purpose.

34.     The above-named Defendants, and each of them inclusive, breached said warranties in that the subject re was defective and as a consequence of said defect, Nationwide experienced damages as set forth herein.

## COUNT IV
### (Res Ipsa Loquitor)

35.     Nationwide hereby repeats and realleges its allegations in paragraphs 1 through 34 as if fully set forth herein.

36.     The above-named Defendants by and through its agents and/or employees, was solely responsible for maintaining the subject Emerson refrigerator so that it was free from defects.

37.     The subject refrigerator was under the management and control of the above-named Defendants, its agents and/or its employees before it was sold to the public.

38.     The subject fire would not have occurred in the ordinary course of events if the above-named Defendants had used reasonable care in producing, maintaining and installing the refrigerator, which in turn, was defective.

39.     Nationwide's insured sustained damages as set forth in preceding paragraphs and the above-named Defendants are solely responsible to the doctrine of *res ipsa loquitur*.

**JURY DEMAND**

Nationwide demands a Trial by Jury.

**WHEREFORE,** Nationwide prays for the following relief:

1.  General damages in an amount to be determined at the time of trial.

2.  For special damages in the sum of approximately $265,206.10.

3.  Pre-judgment interest at the statutory rate from June 1, 2019, until the date the judgment is entered.

4.  For costs, interest and attorney's fees if allowed under Arizona law.

5.  For any and all damages or amounts deemed reasonable and appropriate by Court.

DATED this 7th day of May 2021.

> NATIONWIDE MUTUAL INSURANCE
> COMPANY TRIAL DIVISION
>
> */s/ Timothy McKercher for Ben R. Eid*
> By: _____
> Ben Eid, Esq.
> 8800 N. Gainey Center Drive, Suite 277
> Scottsdale, AZ  85258
> Attorney for Plaintiff Nationwide Insurance
> Company of America

Exhibit 7

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
5/7/2021 7:28:23 AM
Filing ID 12865830

Person/Attorney Filing: Benjamin R Eid
Mailing Address: 8800 N. Gainey Center Drive Suite 277
City, State, Zip Code: Scottsdale, AZ 85258
Phone Number: (480)365-4610
E-Mail Address: ben.eid@nationwide.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028148, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Nationwide Insurance Company of America<br>Plaintiff(s),<br>v.<br>EMERSON RADIO CORPORATION, et al.<br>Defendant(s). | Case No. **CV2021-007495**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Benjamin R Eid /s/
Plaintiff/Attorney for Plaintiff

Exhibit 8



Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-007495 | Judge: | Hannah, John |
| File Date: | 5/7/2021 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Nationwide Insurance Company Of America | Plaintiff | | Benjamin Ei |
| Emerson Radio Corporation | Defendant | | Pro Per |
| Huayi Compressor (jungzhou) Company | Defendant | | Pro Per |
| Hisense Ronshen (yangzhou) Refrigerator | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Pa |
|---|---|---|---|
| 5/7/2021 | COM - Complaint | 5/7/2021 | |
| **NOTE:** Nationwide's Complaint | | | |
| 5/7/2021 | CSH - Coversheet | 5/7/2021 | |
| **NOTE:** Civil Cover Sheet | | | |
| 5/7/2021 | CCN - Cert Arbitration - Not Subject | 5/7/2021 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 5/7/2021 | SUM - Summons | 5/7/2021 | |
| **NOTE:** Summons | | | |
| 5/7/2021 | SUM - Summons | 5/7/2021 | |
| **NOTE:** Summons | | | |
| 5/7/2021 | SUM - Summons | 5/7/2021 | |
| **NOTE:** Summons | | | |
| 5/7/2021 | SUM - Summons | 5/7/2021 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**